IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN E. RANSOM,

      Plaintiff,                        No. CIV S-08-1225 WBS GGH P

   vs.

S. ALBRITTON, et al.,

      Defendants.              ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately ordered service of the May 22, 2008, complaint on defendants Albritton, Arnold, Hoglund, Kane and Rodriguez.

       On May 22, 2008, plaintiff filed a motion for an emergency preliminary injunction. In this motion, and the complaint, plaintiff alleges that he was erroneously placed in a sensitive needs yard/protective custody (SNY/PC) for six months. Plaintiff alleges that before this error could be corrected, prison officials divulged this information to the general population of the California Department of Corrections and Rehabilitation (CDCR). Plaintiff alleges that the SNY/PC label is the equivalent of a "snitch jacket."

       Plaintiff alleges that in an attempt to cover-up the housing mistake, he was sent to the security housing unit at Corcoran State Prison on the false pretext that he had refused to

program. Plaintiff alleges that on October 25, 2007, defendants ordered that he be transferred to the general population at High Desert State Prison (HDSP). On January 2, 2008, plaintiff was transferred to HDSP.

Plaintiff alleges that he suffers a serious risk of harm from other inmates if he continues to be housed in the general population at HDSP because inmates know that he was housed in the SNY/PC.

The court intends to act on plaintiff's request for injunctive relief within twenty days from the date of this order. Defendants have not been served and are not required to appear. If defendants wish to take any position with respect to plaintiff's request, they may do so within twenty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted twenty days from the date of this order to respond to plaintiff's motion for injunctive relief;

2. The Clerk of the Court is directed to electronically serve this order on Supervising Deputy Attorney General Monica Anderson.

DATED: 07/16/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ran1225.ord