**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRYAN E. RANSOM, | ) | 2:08-cv-01225-HDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| A. ALBRITTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The court has considered the findings and recommendations of the United States Magistrate Judge (#21) filed on October 6, 2008, in which the Magistrate Judge recommends that this court enter an order denying plaintiff's motion for emergency preliminary injunction (#3). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the findings and recommendations of the

United States Magistrate Judge (#21).

    Accordingly, the plaintiff's motion for a preliminary injunction (#3) is denied.

    DATED: This 9th day of December, 2008.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE