**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRYAN E. RANSOM, | ) | 2:08-cv-01225-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ALBRITTON, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion for a copy of the docket sheet in this action (#45). On February 4, 2009, the court dismissed most of plaintiff's claims. On June 2, 2009, the court granted summary judgment on the remaining claims. Judgment was entered on June 2, 2009, and a copy of the judgment and the order granting summary judgment were served on plaintiff that same day.

Plaintiff's motion (#45) is hereby granted. The clerk of the court is directed to provide plaintiff with a copy of the docket sheet in this action, along with another copy of the June 2, 2009, judgment.

DATED: This 10th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE